UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MASOOD ALI KHAN, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1070 RWS |
| | ) |
| ALBERTO GONZALES, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendants' motion to dismiss or for remand. Although plaintiff opposes dismissal, he concedes this Court may remand this matter but requests that any remand include specific instructions that his naturalization application be adjudicated within a set time period.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall show cause in writing by September 4, 2007 why this matter should not be remanded with specific instructions that plaintiff's naturalization application be adjudicated within a set time period. If defendants agree that a remand with specific instructions is appropriate, then in lieu of a written response to this Order

defendants may file a proposed order of remand including a set time period within which plaintiff's naturalization application must be adjudicated.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2007.