UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MASOOD ALI KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1070 RWS |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on defendants' response to this Court's Show Cause Order dated August 29, 2007. Given the defendants' representation that plaintiff's naturalization application can be adjudicated as soon as he gets fingerprinted on September 10, 2007, the Court expects a report from defendants by no later than September 30, 2007 as to whether plaintiff's application has been approved or denied. If defendants have not adjudicated plaintiff's application by that date, I will remand this matter with specific instructions that plaintiff's naturalization application be adjudicated within a set time period.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall file a written report in accordance with this Memorandum and Order no later than September 30, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2007.